# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JOSHUA STEIDL,

    **Plaintiff,**

 v.                                                        Case No. 25-CV-239

NADIA ROJAS, *et al.,*

    **Defendants.**

## REPORT AND RECOMMENDATION

On February 18, 2025, Joshua Steidl, who is incarcerated and representing himself, filed a civil rights complaint under 42 U.S.C. § 1983 alleging that the defendants violated his constitutional rights. (ECF No. 1.) He also moved to proceed without prepayment of the filing fee. (ECF No. 2.) On February 21, 2025, he filed a second motion to proceed without prepayment of the filing fee. (ECF No. 6.) On February 28, 2025, he submitted a certified copy of his prisoner trust account statement. (ECF No. 8.) On March 5, 2025, the court ordered Steidl to pay an initial partial filing fee of $16.60 by April 27, 2025. (ECF No. 9.) The court warned Steidl that, if by the deadline he did not pay the fee or explain why he cannot, the court would dismiss this case based on his failure to pay the fee. (*Id.* at 3.)

The April 27, 2025, deadline has passed and the court has not heard from Steidl. Because the defendants have not consented to magistrate judge jurisdiction,

the court will recommend that this case be dismissed without prejudice for failure to pay the initial partial filing fee.

**NOW, THEREFORE, IT IS RECOMMENDED** that Steidl's complaint (ECF No. 1) be **DISMISSED without prejudice**.

**IT IS FURTHER RECOMMENDED** that, pursuant to 28 U.S.C. §1915(b)(1), Steidl must pay the $350 statutory filing fee. Accordingly, the agency having custody of Steidl shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from his prison trust account in an amount equal to 20% of the preceding month's income credited to the his trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. §1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Steidl is transferred to another institution, the transferring institution shall forward a copy of this Order along with Steidl's remaining balance to the receiving institution.

Your attention is directed to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), whereby written objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of your right to appeal.

Dated in Milwaukee, Wisconsin this 20th day of May, 2025.

BY THE COURT

*William E. Duffin*

WILLIAM E. DUFFIN
United States Magistrate Judge

.